IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRUCE SPECK                                                                                                    PLAINTIFF

V.                                          NO. 3:06CV00054-JFF

COMMISSIONER, Social
Security Administration                                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 16th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE